IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JULIO CHAVEZ, #Y32297, | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 19−cv−00377−NJR ) |
| LORIE CUNNINGHAM, and DEE DEE BROOKHART, | ) ) ) ) |
| Defendants. | ) |

# MEMORANDUM AND ORDER

**ROSENSTENGEL, Chief Judge:**

Plaintiff Julio Chavez, an inmate of the Illinois Department of Corrections ("IDOC"), who is currently incarcerated at Lawrence Correctional Center ("Lawrence"), brings this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff claims that he was attacked by another inmate resulting in extensive head injuries, including a broken nose. Because his broken nose has gone untreated, Plaintiff has developed several physical and mental health problems such as a mild brain injury, loss of hearing in his left ear, extreme pain behind his eyes, migraines, difficulty sleeping and breathing, dizziness, double vision, depression, memory loss, and anxiety.

Following an initial screening of the Complaint pursuant to 28 U.S.C. § 1915A, Plaintiff was allowed to proceed on the following claim:

**Count 1:** Eighth Amendment claim against Cunningham for deliberate indifference to medical needs.

Pursuant to the Initial Scheduling and Discovery Order, Plaintiff had until September 19, 2019, to file a motion for leave to amend the complaint to include any additional claims or parties. (Doc. 25, p. 3). On July 18, 2019, he filed a Motion for Leave to File an Amended Complaint

1

(Doc. 29). The Court denied the motion as attempting to add to his original complaint by interlineation. (Doc. 30). Plaintiff again filed another Motion for Leave to File Amended Complaint on August 8, 2019, in which he brings claims against two additional Defendants: Sarah Stover and Dr. Ritz (Doc. 32). Defendants filed a Response to the motion arguing that the motion should be denied for failing to conform to Local Rule 15.1. They assert that the proposed Amended Complaint underlines only the names of the new proposed defendants, but fails to underline all added allegations. (Doc. 33, p. 2).

The Court now considers Plaintiff's Motion for Service of Process at Government Expense (Doc. 31) and his Motion for Leave to File an Amended Complaint (Doc. 32).

### AMENDED COMPLAINT

Federal Rule of Civil Procedure 15(a) provides that leave to amend should be freely given when justice so requires. Plaintiff's motion is timely and, while the Court acknowledges that Plaintiff's proposed amendment does not underline all the new material as required by Local Rule 15.1, the Court will waive this requirement in this instance. Nonetheless, the First Amended Complaint is still subject to review under 28 U.S.C. § 1915A.[1] Accordingly, prior to granting leave to amend, the Court will screen the First Amended Complaint in accordance with this statute.

In his First Amended Complaint, Plaintiff brings identical claims against Defendant Cunningham. He also adds claims of deliberate indifference regarding the treatment of his broken nose against Nurse Sarah Stover and Dr. Ritz. Plaintiff claims that Sarah Stover refused to put his nose back into place because he incurred the injury while fighting, leaving him in constant pain. He also alleges that Dr. Ritz denied his referral to see an Ear, Nose, and Throat Specialist and stated that Plaintiff's problem was a cosmetic issue that can be fixed when he is released.

---

[1] Pursuant to Section 1915A, any portion of the First Amended Complaint that is legally frivolous or malicious, fails to state a claim for relief, or requests money damages from an immune defendant must be dismissed. 28 U.S.C. § 1915A(b).

Therefore, the Court designates a new Count 1 as follows:

> **Count 1:** **Eighth Amendment claim against Cunningham, Stover, and Ritz for deliberate indifference to medical needs.**

For the reasons articulated in the original Merit Review Order (Doc. 3), Plaintiff's claims against Defendant Cunningham survive preliminary review. Plaintiff's allegations as to Nurse Sarah Stover and Dr. Ritz regarding the inadequate treatment of his injuries are also sufficient to state an Eighth Amendment deliberate indifference claim. Accordingly, the new Count 1 as designated in this Order shall proceed.

## MOTION FOR SERVICE OF PROCESS AT GOVERNMENT EXPENSE

Because Plaintiff has been granted pauper status (Doc. 16) and the Court is obligated to arrange service for incarcerated persons proceeding *in forma pauperis*, his Motion for Service of Process at Government Expense (Doc. 31) is **DENIED** as moot.

## DISPOSITION

Pursuant to Rule 15, and after review of the First Amended Complaint pursuant to 28 U.S.C. § 1915A, the Court **GRANTS** Plaintiff's Motion for Leave to File an Amended Complaint (Doc. 32). **Count 1** will proceed as to **Cunningham, Stover,** and **Ritz**. **Warden Dee Dee Brookhart** shall remain a defendant in her official capacity only for the purposes of implementing any injunctive relief that is ordered.

The Clerk of Court is **DIRECTED** to file the First Amended Complaint and to add **Sarah Stover** and **Dr. Ritz** to the docket as defendants.

Further, the Clerk of Court shall prepare for **Stover** and **Ritz**: (1) Form 5 (Notice of a Lawsuit and Request to Waive Service of a Summons), and (2) Form 6 (Waiver of Service of Summons). The Clerk is **DIRECTED** to mail these forms, a copy of the First Amended Complaint, the original Merit Review Order (Doc. 3), and this Memorandum and Order to each defendants'

place of employment as identified by Plaintiff.

Defendants **Cunningham, Brookhart, Stover,** and **Ritz** are **ORDERED** to timely file an appropriate responsive pleading to the First Amended Complaint and shall not waive filing a reply pursuant to 42 U.S.C. § 1997e(g).

Pursuant to Administrative Order No. 244, Defendants should respond to the issues stated in the original Merit Review Order (Doc. 3) and in this Merit Review Order. Defendants are **ADVISED** that the Court does not accept piecemeal answers.

**IT IS SO ORDERED.**

**DATED:  August 29, 2019**

_(signature)_

**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**